IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE VAN STREEPEN and<br>LINDA VAN STREEPEN<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.  02-CV-4199<br><br><br><br><br><br>ENTRY OF APPEARANCE |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____    _____
Hope S. Freiwald                                Aline Fairweather


_____    _____
Erin Brennan                                       Kirstin J. Miller


                                                DECHERT PRICE & RHOADS
                                                4000 Bell Atlantic Tower
                                                1717 Arch Street
                                                Philadelphia, PA  19103-2793
                                                (215) 994-4000